NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CROSS MATCH TECHNOLOGIES, INC.,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**AND**

**SUPREMA, INC. AND MENTALIX, INC.,**
*Intervenors.*

---

2012-1026, -1124

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-720.

---

**ON MOTION**

---

**ORDER**

Suprema, Inc. and Mentalix, Inc. move without opposition for leave to intervene. Cross Match Technologies, Inc. moves without opposition to consolidate appeal no. 2012-1124 with Cross Match's appeal no. 2012-1026. Cross Match moves without opposition for an extension of time,

extension of time, until February 29, 2012, to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

JAN 3 1 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Maximilian A. Grant, Esq.
Clint A. Gerdine, Esq.
Darryl M. Woo, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 1 2012

JAN HORBALY
CLERK